# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Alfonzo Alexander Jefferson,

         Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                         3:07cv237

M.L. Suddreth, et al.,

         Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/20/07 Order.

                                             Signed: June 21, 2007

                                             Frank G. Johns, Clerk
                                             United States District Court

Dockets.Justia.com