# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Alfonzo Alexander Jefferson,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:07cv237

M.L. Suddreth, et al.,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/20/07 Order.

Signed: June 21, 2007

*Frank G. John*

Frank G. Johns, Clerk
United States District Court